HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:05-cr-00281 AWI |
| Plaintiff, | **APPLICATION AND [PROPOSED] ORDER APPOINTING COUNSEL** |
| vs. | |
| DUSTIN ROBERT COSTA, | |
| Defendant. | |

Defendant, Dustin Costa, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel to seek early termination of his supervised release.

Mr. Costa submits the attached Financial Affidavit as evidence of his inability to retain counsel. On November 22, 2006, Mr. Costa was found guilty after a 6-day jury trial of 21 U.S.C. §§ 841(a)(1), (b)(1)(B) & (b)(1)(D) ~ Manufacturing and Possession with Intent to Distribute Marijuana, and 18 U.S.C. § 924(c)(1)(A)(i) ~ Possession of a Firearm in Furtherance of a Drug Trafficking Crime (Doc. 66). On February 5, 2007, Mr. Costa was sentenced to a total of 180 months custody, 60 months supervised released, special conditions as recommended by probation, and 500-hour program (Doc. 94). To that end, Mr. Costa wishes to seek early termination of his supervised release.

//

Therefore, after reviewing Mr. Costa's Financial Affidavit, it is respectfully recommended that counsel be appointed to assist him in this regard.

Dated: January 31, 2019

_____
CHARLES J. LEE
Assistant Federal Defender
Branch Chief, Fresno Office

# O R D E R

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

Dated: 2/1/19, 2019

_____
HONORABLE BARBARA A. McAULIFFE
United States Magistrate Judge